*Ashcroft*, No. 03–70477, and further order of this Court.

**PETITION FOR REVIEW DENIED.**

**Jose Antonio De La Rosa CALVA; Mercedes De Las Nieves De La Rosa Gomez; Pamela Estefania De La Rosa Gomez; Oscar De La Rosa Gomez, Petitioners,**

v.

**John ASHCROFT, Attorney General, Respondent.**

**No. 02–71524.**

United States Court of Appeals, Ninth Circuit.

Submitted March 15, 2004.*

Decided March 30, 2004.

Walter Rafael Pineda, Esq., Law Offices of Walter Rafael Pineda, San Francisco, CA, for Petitioners.

Regional Counsel, Western Region Immigration & Naturalization Service, Laguna Niguel, CA, Ronald E. LeFevre, Chief Legal Officer, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, Mark C. Walters, Esq., Alison Marie Igoe, DOJ–U.S. Department of Justice, Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: B. FLETCHER, WARDLAW, and CLIFTON, Circuit Judges.

MEMORANDUM **

Jose Antonio de la Rosa Calva, his wife, Mercedes de las Nieves de la Rosa Gomez, and their children, Pamela and Oscar de la Rosa Gomez ("Petitioners"), natives and citizens of Mexico, petition for review of the Board of Immigration Appeals' summary affirmance of an immigration judge's denial of their application for asylum and withholding of removal.

Petitioners' contention that the BIA's streamlining regulations violate their right to due process is foreclosed by *Falcon Carriche v. Ashcroft*, 350 F.3d 845, 849–51 (9th Cir.2003) (holding that the BIA's streamlining procedure does not violate an alien's due process rights).

The Clerk is directed to stay the mandate pending the resolution of *Desta v. Ashcroft*, No. 03–70477, and further order of this Court.

**PETITION FOR REVIEW DENIED.**

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

